UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>)<br>)<br>v.         )<br>)<br>)<br>**MARVIN SMITH**,    )<br>)<br>)<br>)<br>Defendant.     )<br>) | Criminal No. 22-cr-220 (TSC) |

## ORDER

As discussed at the November 28, 2022 pretrial conference, the parties have agreed on the voir dire statement of the case and questions, preliminary jury instructions, verdict form, and final jury instructions. The court plans to use those agreed-upon materials for the trial, subject to the following non-substantive changes:

- Each voir dire question is now followed by an instruction for the potential jurors to write the question number down if their answer to that question is "yes";

- Redbook Instruction 1.202, "Caution Use of Internet and Publicity," will be incorporated into the preliminary jury instructions rather than being given during trial;

- Redbook Instruction 1.103A, "Stipulation of Fact," has not been included in the instructions because the parties have not entered any stipulations, but will be added if the parties enter any stipulations;

- Redbook Instruction 2.502, "Selection of Foreperson," has been moved to later in the final jury instructions;

- Redbook Instruction 2.505, "Possible Punishment Not Relevant," has been moved to earlier in the final jury instructions; and

- Redbook Instructions 3.101 and 3.104, "State of Mind" and "Possession – Defined" have been moved to later in the final jury instructions.

Copies of the materials the court plans to use are attached as exhibits to this Order.

Date:  December 12, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge